UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHUNIKA BROWN,

    Plaintiff,

v.

THUNDER TRANSPORT,

    Defendant.

_____/

Case No. 1:18-cv-9

HON. JANET T. NEFF

## ORDER

On May 11, 2018, this case was reassigned to the undersigned pursuant to Administrative Order (AO) 18-CA-042 (ECF No. 25). Shortly after the reassignment, a status conference was scheduled before the Court for June 19, 2018 (ECF No. 26). On June 18, 2018, the three-judge panel issued an order denying attorney Craig S. Romanzi's petition for admission to this district. *See* AO 18-AD-055. A review of the court records reveals that no other attorney has entered an appearance on behalf of Plaintiff. In light of the above circumstances:

**IT IS HEREBY ORDERED** that Craig S. Romanzi, PC shall be terminated as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that attorney Craig S. Romanzi shall immediately serve a copy of this Order on Plaintiff and file proof of service of same, including the last known address and telephone number for Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff has until July 16, 2018 to either secure counsel and for new counsel to file an appearance, or to file a notice indicating that she intends to proceed *pro se*.

**IT IS FURTHER ORDERED** that the June 19, 2018 status conference is CANCELLED.

Dated:  June 18, 2018                                          /s/ Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge